

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-90,301-03

### EX PARTE LYNDARIEN DAVIS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1552984-A IN THE 185TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

## O R D E R

Applicant pleaded true to a motion to revoke and was sentenced to five years' imprisonment for aggravated robbery. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. Applicant is represented by habeas counsel.

In his habeas application, Applicant claimed that the trial court lacked jurisdiction and that his plea was involuntary because trial counsel did not raise the jurisdictional issue. This Court remanded the habeas application to the trial court to resolve the disputed facts. The trial court has entered agreed findings prepared by the parties and recommends that this Court grant habeas relief by setting aside the conviction.

Applicant's conviction for aggravated robbery and prison sentence resulted from a revocation of his community supervision. The juvenile court originally imposed the community supervision. As such, this Court lacks jurisdiction to consider Applicant's habeas application. *See* TEX. CODE CRIM. PROC. art. 11.07 §§ 1, 3(a)-(b); *Ex parte Valle*, 104 S.W.3d 888 (Tex. Crim. App. 2003).

Applicant's application for a writ of habeas corpus is dismissed.

Delivered: September 14, 2022
Do not publish